UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| VIEWCREST BREMERTON, LLC, a Washington Limited Liability Company,<br><br>        Plaintiff,<br><br>   v.<br><br>RELATED CAPITAL HOUSING PARTNERSHIP I, L.P. - SERIES 3, a Delaware Limited Partnership; RCHP SLP I L.P. - SERIES 3, a Delaware limited partnership; and Charter Mac, a Delaware Corporation,<br><br>        Defendants.<br>_____<br>RELATED CAPITAL HOUSING PARTNERSHIP I, L.P. - SERIES 3; RCHP SLP I L.P. - SERIES 3,<br><br>        Counterclaim Plaintiffs,<br><br>   v.<br><br>BRIAN FITTERER and GARY GRANT,<br><br>        Counterclaim Defendants. | Case No. C06-5459RJB<br><br>ORDER GRANTING SECOND JOINT MOTION TO TRANSFER VENUE OF ACTION PURSUANT TO 28 USC §104(b), GR 8(b) AND CR5(e)(2) |

     This matter comes before the Court on the above-referenced motion (Dkt. 26). The Court is familiar with the records and files herein and finds and holds as follows:

ORDER
Page 1

All of the parties to the above-captioned action agree and have sufficiently demonstrated that the United States District Court for the Western District of Washington located in Seattle is significantly more convenient for them, the witnesses, the courts, and counsel than is the current venue in Tacoma, Washington;

28 U.S.C. §1404(b) allows the Court to transfer an action from the division in which it is pending to any other division in the same district if the parties stipulate to such transfer; and

GR 8(b) allows a judge to "transfer directly all or part of any case on the judge's docket to any consenting judge" and CR 5(e)(2) allows a judge to order that a Tacoma case be assigned to a Seattle judge.

Therefore, pursuant to the stipulation of the parties, it is hereby

**ORDERED** that the Second Joint Motion by All Parties to Transfer Venue of Action Pursuant to 28 USC §104(b), GR 8(b) and CR5(e)(2) is **GRANTED**, and the Clerk shall transfer venue to a consenting judge in the United States District Court, Western District of Washington at Seattle.

The Clerk of the Court is instructed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

DATED this 6th day of December, 2006.

Robert J. Bryan
United States District Judge